IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL NIMITZ,

      Appellant,

v.

DEBORAH NIMITZ,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3955

_____/

Opinion filed May 17, 2017.

An appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

Gerald L. Wilkerson of Gerald Wilkerson, P.A., Jacksonville, for Appellant.

Suzanne C. Quinonez of Law Office of Suzanne C. Quinonez, Middleburg, for
Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, B.L. THOMAS, and ROWE, JJ., CONCUR.